UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raydine W.,<br><br>Plaintiff,<br><br>v.<br><br>Leland Dudek,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.:  5:24-cv-1770-AGR<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

    Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $6,100.00 and $405.00 in costs under 28 U.S.C. § 1920.

    **IT IS SO ORDERED**.

DATED:  April 14, 2025

*alicia G. Rosenberg*

HON. Alicia G. Rosenberg
UNITED STATES MAGISTRATE JUDGE

1

5:24-cv-1770-AGR